**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

**No. 96-10374**
_____

**ELIZABETH JUSTINA YORK,**

**Plaintiff-Appellant,**

**versus**

**SHIRLEY S. CHATER, COMMISSIONER
OF SOCIAL SECURITY,**

**Defendant-Appellee.**

_____

**Appeal from the United States District Court
for the Northern District of Texas
(2:95-CV-63)**
_____

October 9, 1996

Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Elizabeth Justina York contests an adverse summary judgment, contending that the denial of her application for disability benefits was not supported by substantial evidence. Pursuant to our review of the record, we affirm for essentially the reasons given by the district court in adopting the magistrate judge's report. *York v. Chater*, No. 2:95-CV-63 (N.D. Tex. Mar. 28, 1996) (unpublished).

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.